UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CURTIS,<br><br>    Plaintiff(s),<br><br>v.<br><br>PROGRESSIVE INS., et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-02260-GMN-NJK<br><br>**ORDER** |

Plaintiff is incarcerated at the Lakes Crossing Facility Center in Sparks, Nevada. *See* Docket No. 1 at 1; Docket No. 1-1 at 1. "In civil actions filed by inmates proceeding pro se, the action must be filed in the unofficial division of the court in which the inmate is held when the complaint or petition is submitted for filing." Local Rule IA 1-8(a). As such, this action should have been initiated in the unofficial northern division of the District.

Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: December 16, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1